In the Matter of the Application of BROOKLYN BAR ASSOCIATION in Respect of NATHAN SPRINGER, an Attorney and Counselor at Law, Respondent.— Respondent was guilty of an impropriety in omitting to be frank with the committee on character and fitness and the court as to his status before admission. The court directs that he be and he hereby is censured. Present — Hagarty, Carswell, Adel and Taylor, JJ.; Davis, J., not voting.

SAMIA KHOURY, Respondent, v. TITLE GUARANTEE AND TRUST COMPANY, Appellant.— Motion for reargument and for a stay denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ.

MARGARET KILLEN and Others, Plaintiffs-Respondents, v. THOS. ROULSTON, INC., Defendant-Appellant; R. & R. EMPIRE PICKLE WORKS, INC., Defendant-Respondent.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ.

ANIELA KWIATKOWSKI, as Executrix, etc., of STANISLAUS KWIATKOWSKI, Deceased, Respondent, v. JOHN LOWRY, INC., Appellant.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals granted. [See *ante*, p. 850.] Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ.

RUBEL CORPORATION and SAMUEL RUBEL, Appellants, v. SAMUEL ROSOFF and Others, Respondents, and Another, Defendant.— Motion for reargument denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ.

TITLE GUARANTEE AND TRUST COMPANY, Plaintiff, v. VANBENSLO REALTY CORP. and Others, Defendants.— Motion to vacate orders dated January 15, 1937, and May 11, 1937, granted. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ.

ALICE M. ARTHUR, Respondent, v. CHARLES C. CHESEBRO, Appellant.— Order denying motion to change the place of trial from Kings county to Oneida county affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Davis, Johnston and Close, JJ., concur.